USDC SCAN INDEX SHEET










```
MEG    12/24/98    10:42
3:98-M -03401   USA V. SANCHEZ
*1*
*CRCMP.*
```

FILED
98 DEC 23 PM 1:33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'98 mg 3401

UNITED STATES OF AMERICA,            ) Magistrate Case No.
                                     )
v.                                   ) COMPLAINT FOR VIOLATION OF
                                     )
MANUEL SANCHEZ                       ) Title 18, United States Code
                                     ) Section 751(a)
                                     )

The undersigned complainant, being duly sworn states:

That on or about December 18, 1998 at San Diego, California in the Southern District of California, MANUEL SANCHEZ did unlawfully and willfully escape from an institution and facility in which he was confined by the direction of the Attorney General, to wit: Cornell Community Corrections Center, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of a conviction for Importation of Marijuana, in violation of Title 21, United States Code, Section 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

~~And the complainant further states that he believes that~~

Lawrence Maddry
Agency
United States Marshals Service

Sworn to before me, and Subscribed in my presence, this _____ day of _____, 19__.

_____
BARRY A. BU[...]
United States Magistrate Judge

## AFFIDAVIT

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF SAN DIEGO  )

I, Lawrence Maddry, being a duly sworn hereby depose and say:

1. I am a Deputy United States Marshal and have been so employed for three (3) years.

2. This affidavit is made in support of a complaint against MANUEL SANCHEZ for escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751 (a).

3. On December 22, 1998, Supervisory Deputy United States Marshal Mark Owen received a notice of escaped federal prisoner from the Bureau of Prisons for MANUEL SANCHEZ.

4. On December 23, 1998, I reviewed reports and files from the United States Marshals Service and the Bureau of Prisons. My review of the files reveals the following facts:

   a. Records show that MANUEL SANCHEZ was serving a fifteen month sentence imposed by United States District Court Judge Marilyn L. Huff, Southern District of California, on April February 23, 1998, for Importation of Marijuana.

   b. MANUEL SANCHEZ was placed on furlough by the Bureau of Prisons from the Metropolitan Detention Center at Los Angeles, CA at 10:38 am on December 18, 1998. The furlough was granted to facilitate a half way house transfer of Mr. SANCHEZ to the Cornell Community Corrections Center, a federally contracted facility located at 528 14th Street, San Diego, CA.

   c. SANCHEZ was ordered to report to Cornell Community Corrections Center no later than 2:30 PM on December 18, 1998. Mr. SANCHEZ did not report as ordered and his whereabouts are unknown.

Dated: December 23, 1998

Lawrence Maddry, Deputy U.S. Marshal

Subscribed and sworn to before me on this 23 day of ~~November~~ December, 1998.

United States Magistrate Judge

## Magistrate Information Sheet

1.  Dis. Auth_____ 1A. USAO # _____ Ct.#_____ Agency #_____

2.  Hg. Date_____ 3.  AUSA_____ 4.  Mag._____

5.  Mat. Wit.: Cust.: NO. Arraign M\W Release M/W Other Def. #___of_____

6.  Def Name: Manuel SANCHEZ                 Soc. Sec. #  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
    Alias: Manuel Agayo SANCHEZ        Birth Date  08-01-1969
    Address: 610 5th Street, El Centro, CA 92243

7.  Flip? Yes No X Charges Escape 18usc751(a)  8. Arrest Date_____
    Penalties Five Years Imprisonment         Place of Arrest:_____
    Agents Lawrence Maddry        Phone #: 619-557-7315  Date Committed_____
    Agency United States Marshals Service    Program Category:_____

9.  Custody? Yes No X    10.  Citizenship? U.S X Mex. Other_____

11. INS Status: Res Bcc Illegal Other_____
    Prior Deports:_____  Prior VR's_____
    Prior Record:_____

Drug Usuage: NO_____ How Evidenced?_____
Cash on Def. $_____ Other Evidence_____

Agents Fact Summary:
On December 18, 1998, Manuel Sanchez was placed on furlough by the Bureau of Prisons at MDC Los Angeles and ordered to report to the Cornell Community Correctins Center, a Federally contracted facility, by 2:30PM the same day. Mr. SANCHEZ failed to report to the facility as ordered and his whereabouts are unknown.

Agents Bail Info. (employment, Family, Etc.)_____

Vehicle Seized (Describe)_____

12. Def. Atty: Apptd. Rtd. To Retain    13. Def. Atty. Name_____

14. Plea: Guilty Count_____ NG Nolo   15. RCD? Yes No    16. Sent_____
              Con't Sent_____                16A. S.A. $_____

17. Dism? Ct. Govt.  18. Next Court for_____  19.  Date_____

20. Time_____ and for_____ on _____ at _____

21. Bond Set_____ Conditions _____

    _____ 22. Pers. Info._____

23. Sentencing Guidelines:_____

24. Adjusted Offense Level
    Acceptance of Responsibility
    Criminal History Total
    Guideline Range from Sentencing Table _____ - _____ months

Gov't. Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | |
| MANUEL SANCHEZ | ) | '98 mg 3401 |
| | ) | Magistrate's Case No. |
| WARRANT ISSUED ON THE BASIS OF: | ) | |
| ___ Failure to Appear  ___ Order of Court | ) | WARRANT FOR ARREST |
| ___ Indictment  ___ Information | ) | |
| xx Complaint | ) | |

| TO: | NAME AND ADDRESS OF PERSON TO BE ARRESTED: |
|---|---|
| Any U.S. Marshal or other authorized officer | MANUEL SANCHEZ<br>dob: 08-01-69       pob: California<br>soc: 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    hai: brn<br>hgt: 5'11              eye: brn<br>wgt: 185 |
| DISTRICT OF ARREST: | CITY OF ARREST: |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751 (a) |
|---|---|---|
| BAIL   NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | LARRY A. BURNS (SEAL) | DATE ORDERED  DEC 2 3 1998 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED  DEC 2 3 1998 |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the