AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

Manuel Sanchez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR767-DMS

I, __Manuel Sanchez__, the above named defendant, who is accused of

18 USC Sec 751(a)
Escape

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____3/13/08____ prosecution by indictment and consent that the pro-
*Date*
ceeding may be by information rather than by indictment.

**FILED**
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*