UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
v.                           )        08 APR 30 AM 8:56
                             )
MANUEL SANCHEZ               )
                             )
_____)

| WARRANT ISSUED ON THE BASIS OF: | Magistrate's Case No. '98mg 3401 |
| --- | --- |
| _ Failure to Appear  _ Order of Court | WARRANT FOR ARREST |
| _ Indictment  _ Information | 08CR767-DMS |
| xx Complaint | |

TO:                              NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Any U.S. Marshal or other        MANUEL SANCHEZ
authorized officer               dob: 08-01-69    pob: California
                                 soc: 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  hai: brn
                                 hgt: 5'11        eye: brn
                                 wgt: 185

DISTRICT OF ARREST:              CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE 2/14/08
ARRESTED BY USM/R 1529 & J. Zamudio
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Elna Rogers

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751 (a) |
| --- | --- | --- |
| BAIL  NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  LARRY A. BURNS  U.S. MAGISTRATE JUDGE | | DATE ORDERED  12/23/98 |
| CLERK OF COURT/U.S. MAGISTRATE | BY Larry A Burns | DATE ISSUED  12/23/98 |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
| --- | --- | --- |
| DATE EXECUTED | | |

Sanchez, Manuel 98mg3401 122398